UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DETRA WILEY PATE,

    Petitioner,

vs.                                             Case No. 5:22-cv-172/TKW/MAL

KEVIN D. PISTRO, Psyd.,
WARDEN, F.C.I. MARIANNA

    Respondent.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the claim in Ground One of the petition is moot and that Petitioner is not entitled to relief on the claim in Ground Two of the petition. The Court also agrees that Petitioner has failed to exhaust her administrative remedies with respect to the request for relief in the addendum. Accordingly, it is

    **ORDERED** that:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The habeas petition is **DISMISSED as moot** as to Ground One and **DENIED** as to Ground Two.

3. Respondent's motion to dismiss (Doc. 9) is **DENIED as moot**.

4. Petitioner's "Addendum" (Doc. 14) is construed as a motion to amend and is **DENIED**.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 28th day of August, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**